WILLIAM L. MARDER (SBN 170131)
POLARIS LAW GROUP, LLP
Attorneys at Law
501 San Benito Street, Suite 200
Hollister, CA 95023
Telephone (831) 531-4211
Fax (831) 634-0333

Attorneys for Plaintiff,
HECTOR FLORES

**IT IS SO ORDERED**
Judge Edward J. Davila

8/4/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR FLORES,<br><br>    Plaintiff,<br><br>vs.<br><br>OCB RESTAURANT COMPANY, LLC., and DOES 1 THROUGH 10, inclusive,<br>    Defendants. | Case No. C 1102091 EJD<br><br>**REQUEST FOR AUTHORIZATION TO APPEAR TELEPHONICALLY VIA COURT CONFERENCE** |

Plaintiff's counsel William L. Marder respectfully submits a request to appear telephonically at the **August 29, 2011** Initial Case Management Conference hearing in Courtoom1, **at 10:00 am**.

Dated: July 29. 2011.

POLARIS LAW GROUP, LLP

By _____
William L. Marder, Attorney for Plaintiff

1

REQUEST TO APPEAR TELEPHONICALLY