WILLIAM L. MARDER, ESQ. (CBN 170131)
Polaris Law Group LLP.
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333
Email: bill@polarislawgroup.com

Attorney for Plaintiff
HECTOR FLORES

MARY E. WRIGHT, State Bar No. 142886
mary.wright@ogletreedeakins.com
GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
JILL V. CARTWRIGHT, State Bar No. 260519
jill.cartwright@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:      415.442.4870

Attorneys for Defendant
OCB RESTAURANT COMPANY, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| HECTOR FLORES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>OCB RESTAURANT COMPANY, LLC., and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:11-CV-02091-HRL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:　March 24, 2011<br>Trial Date:　　None Set |

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Hector Flores ("Plaintiff") and his attorney of record Polaris Law Group, LLP, by William L. Marder, and Defendant OCB Restaurant Company, LLC ("Defendant"), by its attorneys of record Ogletree, Deakins, Nash, Smoak & Stewart, P.C., by Gregory C. Cheng, that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below:

1. **WHEREAS**, the current initial case management conference has been scheduled for September 27, 2011;

2. **WHEREAS**, counsel for Defendant, Gregory C. Cheng, has a mediation scheduled for September 27, 2011, in the case *Swanson v. GMR Marketing, LLC, et al.*, Contra Costa Superior Court Case No. MSC 11-00261 ("Swanson");

3. **WHEREAS**, the Swanson mediation is scheduled and will take the full day on September, 27, 2011.  Because the required deposit has been paid and travel arrangements have been made by all parties in the Swanson mediation, counsel for Defendant is unable to reschedule the mediation;

4. **WHEREAS**, the next available date for both parties to attend the initial case management conference is on October 4, 2011, or any date thereafter (except October 18 or 25, 2011); and

5. **WHEREAS**, good cause exists to continue the initial case management conference to October 4, 2011, or a date thereafter convenient for the Court.

///
///
///
///
///
///
///

1     **NOW, THEREFORE**, the Parties, through their respective counsel of record **AGREE AND HEREBY STIPULATE** for an Order continuing the initial case management conference from September 27, 2011 to October 4, 2011, or any date thereafter convenient for the Court (except October 18 or 25, 2011).

DATED: August 25, 2011      POLARIS LAW GROUP

By:    /s/   _____
WILLIAM L. MARDER
Attorney for Plaintiff HECTOR FLORES

DATED: August 25, 2011      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:    /s/   _____
MARY E. WRIGHT
GREGORY C. CHENG
JILL V. CARTWRIGHT
Attorneys for Defendant OCB RESTAURANT COMPANY, LLC

**ORDER**

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that the initial case management conference is continued from September 27, 2011 to _____October 4_____, 2011.

**IT IS SO ORDERED.**

DATED: __8/26/2011_____      By: _____
Honorable Howard R. Lloyd
United States Magistrate Court Judge