\*\* E-filed October 3, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HECTOR FLORES, | No. C11-02091 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| v. | |
| OCB RESTAURANT, and DOES 1-10, | [Re: Docket No. 29] |
| Defendant. | |

The court is informed that the parties have reached a settlement. According, all scheduled case management appearances are vacated. On or before **November 29, 2011**, plaintiff shall file a voluntary dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **December 13, 2011, 10:00 a.m.** and show cause, if any, why the case should not be dismissed. The parties shall file a statement in response to this Order to Show Cause no later than **December 6, 2011**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a joint statement in response to this Order.

**IT IS SO ORDERED.**

Dated: October 3, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-02091 Notice will be electronically mailed to:**

| | |
|---|---|
| William Marder | bill@polarislawgroup.com |
| Gregory Cheng | gregory.cheng@ogletreedeakins.com |
| Jean Kosela | jean.kosela@ogletreedeakins.com |
| Mary Wright | mary.wright@ogletreedeakins.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**